**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDGAR JESUS SANTILLAN PADILLA, et. al., | CASE NO. 5:12-cv-00653 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| BLACK COMPANY, et. al., | |
| Defendant(s). | |

Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Howard R. Lloyd for a settlement conference to occur on **January 22, 2014, at 9:30 a.m.** Counsel are advised to review and comply with Judge Lloyd's Standing Order re: Settlement Conference Procedures.

**IT IS SO ORDERED.**

Dated: January 6, 2014

EDWARD J. DAVILA
United States District Judge