IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDGAR JESUS SANTILLAN PADILLA, | CASE NO. 5:12-cv-00653 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| TECHTRONIC INDUSTRIES CO., LTD., et. al., | |
| Defendant(s). | |

On January 24, 2013, Plaintiffs filed an Amended Complaint in this action naming Techtronic Industries Co., Ltd. ("TICL") as a defendant. See Docket Item No. 35. To date, however, the docket does not contain a proof of service or waiver of service for TICL and TICL has not appeared in this action.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

The 120-day period for service provided by Rule 4(m) expired on May 24, 2013. Accordingly, the court issues the instant Order to Show Cause ("OSC") requiring that Plaintiffs, no later than **January 9, 2014,** file a document either (1) indicating their consent to TICL's dismissal

1

Case No. 5:12-cv-00653 EJD
ORDER TO SHOW CAUSE

without prejudice, or (2) showing cause why TICL should not be dismissed pursuant to Rule 4(m). No hearing will be held on the order to show cause unless otherwise ordered by the court.

Plaintiffs are notified that the court will dismiss TICL if they fail to comply with this OSC or otherwise fail to show cause as directed above.

**IT IS SO ORDERED.**

Dated: January 7, 2014



EDWARD J. DAVILA
United States District Judge