IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDGAR JESUS SANTILLAN PADILLA, et. al., | CASE NO. 5:12-cv-00653 EJD |
| Plaintiff(s), | **ORDER DISMISSING DEFENDANT TECHTRONIC INDUSTRIES CO., LTD.** |
| v. | |
| TECHTRONIC INDUSTRIES CO., LTD., et. al., | |
| Defendant(s). | |

Pursuant to Plaintiffs' consent (see Docket Item No. 127) and the Order to Show Cause issued January 7, 2014 (see Docket Item No. 125), Defendant Techtronic Industries Co., Ltd. is hereby DISMISSED from this action pursuant to Federal Rule of Civil Procedure 4(m). The caption on all further pleadings should be corrected accordingly.

**IT IS SO ORDERED.**

Dated:  January 9, 2014

EDWARD J. DAVILA
United States District Judge