IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDGAR JESUS SANTILLAN PADILLA, et. al.,<br><br>            Plaintiff(s),<br>     v.<br><br>BLACK COMPANY, et. al.,<br><br>            Defendant(s). | CASE NO. 5:12-cv-00653 EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the parties' joint statement (see Docket Item No. 132) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for February 28, 2014, is CONTINUED to 10:00 a.m. on **March 28, 2014.** On or before **March 21, 2014**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of the settlement and amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **March 21, 2014.**

**IT IS SO ORDERED.**

Dated:  February 24, 2014



EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-00653 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE