Eric D. Pearson (Admitted *pro hac vice*)
HEYGOOD, ORR & PEARSON
2331 W. Northwest Highway, Second Floor
Dallas, Texas 75220
Tel: (214) 237-9001
Fax: (214) 237-9002
eric@hop-law.com

Paul S. Silver (SBN 78150)
LAW OFFICES OF PAUL S. SILVER, APC
815 Fifth Street Suite 200
Santa Rosa, CA 95404
Tel: (707) 823-1944
Fax: (877) 829-4305
paulsilverlaw@sonic.net

Richard J. Sullivan (Admitted *pro hac vice*)
rsullivan@sullivanllp.com
SULLIVAN & SULLIVAN LLP
40 Washington Street
Wellesley, MA   02481
Telephone: 781-263-9400
Facsimile: 781-239-1360

*Attorneys for Plaintiffs*

Jeffrey R. Williams (SBN 084156)
P. Mark Mahoney (SBN 232549)
SCHIFF HARDIN, LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

*Attorneys for Defendants*

IT IS SO ORDERED
Judge Edward J. Davila
3/20/2014

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EDGAR JESUS SANTILLAN PADILLA and KARLA SANTILLAN, <br><br> Plaintiffs <br><br> v. <br><br> BLACK COMPANY, et. al., <br><br> Defendants. | CASE NO. CV 5:12-cv-00653-EJD |

1

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiffs Edgar Jesus Santillan Padilla and Karla Santillan (hereinafter "Plaintiffs"), and Defendants Techtronic Industries North America, Inc., One World Technologies, Inc., Ryobi Technologies, Inc. and Sears, Roebuck and Co. (hereinafter "Defendants"), by and through counsel, hereby stipulate that any and all claims arising out of or asserted by and on behalf of Plaintiffs in their Amended Complaint For Strict Products Liability, Implied Warranty, Negligence, Punitive Damages and Loss of Consortium against Defendants be and are hereby dismissed with prejudice, and with the parties to bear their own costs.   The Clerk shall close this file.

Respectfully submitted,

/s/ Eric D. Pearson
Eric D. Pearson (Admitted *pro hac vice*)
HEYGOOD, ORR & PEARSON
2331 W. Northwest Highway, Second Floor
Dallas, Texas 75220
Tel: (214) 237-9001
Fax: (214) 237-9002
eric@hop-law.com

PAUL S. SILVER, ESQ. (SBN 78150)
LAW OFFICES OF PAUL S. SILVER, APC
815 Fifth Street Suite 200
Santa Rosa, CA 95404
Tel: (707) 823-1944
Fax: (877) 829-4305
paulsilverlaw@sonic.net

Richard J. Sullivan (Admitted *pro hac vice*)
rsullivan@sullivanllp.com
SULLIVAN & SULLIVAN LLP
40 Washington Street
Wellesley, MA   02481
Telephone: 781-263-9400
Facsimile: 781-239-1360

*Attorneys for Plaintiffs*

Case 5:12-cv-00653-EJD   Document 135   Filed 03/20/14   Page 3 of 4

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   | /s/ P. Mark Mahoney_____ |

/s/ P. Mark Mahoney_____
Jeffrey R. Williams (CSB No. 084156)
P. Mark Mahoney (CSB No. 232549)
SCHIFF HARDIN, LLP
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I, Eric D. Pearson, attorney of record for Plaintiffs, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants on March 20, 2014.

/s/ Eric D. Pearson_____
Eric D. Pearson (Admitted *pro hac vice*)